## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**JAYSON E. TORRES,**

      **Plaintiff,**

**vs.**                                                     **CASE NO. 5:04CV155-SPM/AK**

**PATRICIA HOLMES, et al,**

      **Defendants.**

_____/

## REPORT AND RECOMMENDATION

In an order dated November 16, 2004, Plaintiff was directed to file a motion for leave to proceed in forma pauperis and inmate account information on or before December 16, 2004.  (Doc. 6).  When Plaintiff failed to comply with this order, an Order to Show Cause was entered directing a response on or before April 15, 2005.  (Doc. 7).  To date, Plaintiff has failed to comply with that order or otherwise communicate with the Court regarding his lawsuit.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with an order of this Court.

Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED**

without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __**17**th__ day of June, 2005.

**s/ A. KORNBLUM**_____
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:03cv64-MMP/AK