IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAYSON E. TORRES,

    Plaintiff,

vs.   CASE NO.: 5:04cv155-SPM/AK

PATRICIA HOLMES, et al.,

    Defendants.

_____/

**ORDER**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 8) dated June 17, 2005. Plaintiff has been furnished a copy and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for failure to prosecute

and failure to obey an order of the Court.

DONE AND ORDERED this 19th day of August, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge